# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROL WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-464-BMJ |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## **J U D G M E N T**

In accordance with the Memorandum Opinion and Order entered separately this same date, the final decision of Defendant, Commissioner of the Social Security Administration, is REVERSED. Judgment is entered in favor of Plaintiff, and this matter is REMANDED for further administrative proceedings consistent with this Court's opinion.

ENTERED this 23rd day of February, 2017.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE